COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS


 
 
  
 EL PASO
 HEALTHCARE SYSTEM LTD. D/B/A DEL SOL MEDICAL CENTER,
  
                             Appellant,
  
 v.
  
 RAMONA LOPEZ,
  
                            
 Appellee.
 
 
  
   '
     
   '
     
   '
     
   '
     
   '
     
  '
 
  
 
 
  
  
                   No. 08-13-00001-CV
  
 Appeal from the
  
 346th
 Judicial District Court
  
 of El
 Paso County, Texas
  
 (TC# 2008-1742)
  
 
 


MEMORANDUM
OPINION

 

Pending before the Court is Appellant’s
motion to dismiss this appeal pursuant to Tex.
R. App. P. 42.1(a)(1).  Appellant
represents that parties have resolved the litigation in the underlying case and
requests this Court enter an order dismissing the appeal.  Appellee does not oppose the motion, and
there is no indication that dismissal would prevent Appellee from seeking the
relief to which it would otherwise be entitled. 
See Tex. R. App. P. 42.1(a)(1). 
We therefore grant Appellant’s motion and dismiss the appeal.  Because the motion does not indicate the
parties have agreed otherwise, costs will be taxed against Appellant.  See Tex. R. App. P. 42.1(d).

 

                                                                        GUADALUPE
RIVERA, Justice

February 6, 2013

 

Before McClure, C.J., Rivera, and Rodriguez, JJ.